# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| GSC Construction, Inc. ) | ASBCA No. 59551 |
| ) | |
| Under Contract No. W91236-10-D-0064 ) | |

APPEARANCE FOR THE APPELLANT:    James S. DelSordo, Esq.
    Argus Legal, LLC
    Manassas, VA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Qiana D. Davis, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

Pursuant to appellant's "NOTICE OF WITHDRAWAL," this appeal is dismissed without prejudice. Any motion to reinstate this appeal must be filed within one year of the date of this order.

Dated: 16 October 2014

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59551, Appeal of GSC Construction, Inc., rendered in conformance with the Board' Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals